IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE UNITED STATES ex rel., FREEDOM UNLIMITED, INC., NORTHSIDE COALITION FOR FAIR HOUSING, INC., THE HILL DISTRICT CONSENSUS GROUP, INC., and the FAIR HOUSING PARTNERSHIP OF GREATER PITTSBURGH,<br><br>                         Plaintiffs,<br><br>                         v.<br><br>THE CITY OF PITTSBURGH, PENNSYLVANIA and LUKE RAVENSTAHL, ITS CHIEF EXECUTIVE OFFICER,<br><br>                         Defendants. | Civil Action No. 12-cv-01600<br><br>Hon. David S. Cercone |

## NOTICE OF ENTRY OF APPEARANCE

       Raymond N. Baum, John C. Hansberry, Leigh A. Poltrock and Pepper Hamilton LLP now enter their appearance on behalf of Defendants in the instant action.

Dated: March 14, 2014                              Respectfully submitted,

                                                                         */s/John C. Hansberry*
                                                                         Raymond N. Baum (PA I.D. No. 01145)
                                                                         John C. Hansberry (PA I.D. No. 74721)
                                                                         Leigh A. Poltrock (PA I.D. No. 78510)
                                                                         PEPPER HAMILTON LLP
                                                                         500 Grant Street, Suite 5000
                                                                         Pittsburgh, PA 15219-2507
                                                                         Tel:    (412) 454-5000
                                                                         Fax:   (412) 281-0717
                                                                         Email: hansberj@pepperlaw.com

                                                                         *Attorneys for Defendants, City of Pittsburgh, Pennsylvania and Luke Ravenstahl, Its Chief Executive Officer*

CERTIFICATE OF SERVICE

       I, John C. Hansberry, hereby certify that a true and correct copy of the foregoing Entry of Appearance has been filed electronically and is available for viewing and downloading from the ECF system. All parties have consented to electronic service.

Date: March 14, 2014                */s/John C. Hansberry*
                                          John C. Hansberry